ORDERED.

Dated: November 06, 2015

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                    CASE NO.: 8:15-BK-07538-MGW

STANLEY F. JANKOWSKI, JR.                 CHAPTER 13
JENNIFER LYNN JANKOWSKI
   DEBTOR(S).
_____/

ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY AND
APPROVAL OF ASSOCIATED FINANCING UNDER 11 U.S.C. 722

Upon the Debtors Motion to Redeem Personal Property and Approval of Associated Financing Under 11 U.S.C. 722 (Document Number 18) and there having been no responsive filing or objection within the time required, the Court finds the following:

1. The tangible personal property described below intended primarily for redeemed is personal property intended primarily for personal, family or household use of the Debtors:

**2005 Dodge Ram 1500**
**VIN# 1D7HA18D255239285**

2.	The debt owing the Creditor, Partners Federal Credit Union, is dischargeable consumer debt and the Debtors interest in such property is exempt or has been abandoned by the estate.

3.	The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $6,223.00.

**IT IS HEREBY ORDERED,**

1.	That the Debtors may redeem the subject property by paying the to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2.	Reasonable financing are approved under the terms and conditions set forth herein.

3.	Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord wit the Debtor instruction.

4.	In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien as well as cancellation of all liens subordinate to senior lienholder to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

5.	In the event of the failure of the Debtors to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

Copies to:
Attorney, Christopher Wright, Esquire, Rayfield, Sepulveres & Wright, is direct to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.